FILED

2008 JUL 23 PM 3: 46

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2420 GT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JOSE MARTIN MEDINA-AGUIRRE, ) | |
| Defendant. ) | |

The grand jury charges:

On or about May 29, 2008, within the Southern District of California, defendant JOSE MARTIN MEDINA-AGUIRRE, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United

//

CJB:em:Imperial
7/18/08



1  States, that was a substantial step toward committing the offense, all
2  in violation of Title 8, United States Code, Sections 1326(a) and (b).
3      It is further alleged that defendant JOSE MARTIN MEDINA-AGUIRRE
4  was removed from the United States subsequent to June 30, 1989.
5      DATED: July 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney