```
                                                        FILED
                                                    2008 JUL 23 PM 3:46
                                                    CLERK US DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA

                                                  BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2420 GT

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No.:_____ |
| Plaintiff,   ) | |
| v.   ) | NOTICE OF RELATED CASE |
| JOSE MARTIN MEDINA-AGUIRRE,   ) | |
| Defendant.   ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Martin Medina-Aguirre</u>, Criminal Case No. 08CR1714-GT.

DATED: July 23, 2008.

                                            KAREN P. HEWITT
                                            United States Attorney

                                            /s/ Carla J. Bressler

                                            CARLA J. BRESSLER
                                            Assistant U.S. Attorney

